# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Robert Samuel Williams | Case No.:21−30584−crm |
| Debtor(s) | Chapter: 13 |

## NOTICE OF CONTINUED MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the meeting of creditors in the above referenced case has been rescheduled. The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. Creditors are encouraged but are not required to attend.

Telephonic Hearing

on 4/28/21 at 09:00 AM

This case may be dismissed without further notice for failure to attend this meeting.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 4/6/21

|  |  |
|---|---|
|  | ENTERED BY ORDER OF THE COURT |
| By: | United States Bankruptcy Court |
| Deputy Clerk | Elizabeth H. Parks, Clerk |

United States Bankruptcy Court

Western District of Kentucky

In re:  
Robert Samuel Williams  
    Debtor

Case No. 21-30584-crm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0644-3      User: cbhall      Page 1 of 2  
Date Rcvd: Apr 06, 2021      Form ID: 208      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Samuel Williams, 910 Chad Court, Radcliff, KY 40160-9548 |
| 6803732 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 1220 Old Alpharetta Road, Alpharetta, GA 30005 |
| 6803734 | + | Connexus CU, 1 Corporate Cove, Wausau, WI 54401-1722 |
| 6803735 | + | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 6803736 | + | Lendmark Financial, Attn: Bankruptcy, 1735 N Brown Rd, Ste 300, Lawrenceville, GA 30043-8228 |
| 6803737 | + | Lendmark Financial, 2088 F Lowes Dr, Clarksville, TN 37040-1635 |
| 6803741 | + | Old National Bancorp, Box 718, Evansville, IN 47705-0718 |
| 6803740 | + | Old National Bancorp, Attn: Bankruptcy, Po Box 718, Evansville, IN 47705-0718 |
| 6803743 | + | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 6803742 | + | Phh Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 6803745 | + | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 6803749 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 6803750 | + | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ryan.kendall@louisvilleky.gov | Apr 06 2021 18:49:00 | Jefferson County Attorney Office, Fiscal Court Bldg., 531 Court Place, Ste. 900, Louisville, Ky 40202-3315 |
| 6803731 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 06 2021 18:49:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 166469, Irving, TX 75016 |
| 6803729 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 06 2021 18:48:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 6803730 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 06 2021 18:48:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 6803728 | | Email/Text: BankruptcyNotices@aafes.com | Apr 06 2021 18:48:00 | AAFES, 3911 Walton Walker, Dallas, TX 75266 |
| 6803727 | | Email/Text: BankruptcyNotices@aafes.com | Apr 06 2021 18:48:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265 |
| 6803733 | + | Email/Text: bankruptcy@connexuscu.org | Apr 06 2021 18:50:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 6803739 | | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 06 2021 18:50:54 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 6803738 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 06 2021 18:50:54 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 6807636 | + | Email/Text: bankruptcy@oldnational.com | Apr 06 2021 18:50:00 | Old National Bank, PO Box 3475, Evansville, IN 47733-3475 |
| 6803744 | | Email/Text: servicing@redbrickfinancial.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Apr 06 2021 18:48:00 | Redbrick/snap Financia, 1415 28th Street, West Des Moines, IA 50266 |
| 6803747 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:03:56 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 6803746 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:03:56 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 6803748 | + | Email/Text: bankruptcysst@alorica.com | Apr 06 2021 18:48:00 | Systems & Services Technolgies, Inc, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol B. Meinhart | on behalf of Debtor Robert Samuel Williams mussel@bbtel.com |
| John L. Daugherty | ustpregion08.lo.ecf@usdoj.gov |
| William W. Lawrence -13 | ECF@louchapter13.com  ecf.bk.westky@gmail.com |

TOTAL: 3